George Mercier, Appellant, v Vincent Powell, Respondent.

Submitted February 13, 2007; decided March 27, 2007

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

Vincent Murphy et al., Appellants, v Arthur Shaw, Respondent.

Submitted January 8, 2007; decided March 27, 2007

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's denial of a motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of John Park, Respondent, v John A. Kapica et al., Appellants.

Submitted March 20, 2006; decided March 27, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal granted.

Judge Jones taking no part.